No. 22-50634

# In the United States Court of Appeals for the Fifth Circuit

LANA CALHOUN
*Plaintiff - Appellant*

v.

BRYAN COLLIER; JENNIFER COSBY, AND HER SUCCESSOR IN INTEREST; KAREN STROLENY,
*Defendants - Appellees*

On Appeal from the United States District Court
for the Western District of Texas, Waco Division, Cause No. 6:20-cv-00380

## APPELLEES' UNOPPOSED MOTION TO EXTEND TIME TO PETITION FOR REHEARING

**ANGELA COLMENERO**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General
for Civil Litigation

**SHANNA E. MOLINARE**
Chief, Law Enforcement Defense Division

**CHRISTOPHER LEE LINDSEY***
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, TX 78711
(512) 463-2157 / Fax (512) 370-9314

*LEAD COUNSEL FOR APPELLEES

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellees move to extend time to petition this Court for rehearing of the panel opinion issued in this case. The panel assigned to this matter initially issued an opinion on August 30, 2023. A revised opinion was then issued the next day, on August 31, 2023. Pursuant to the longstanding policies of the Office of the Attorney General of Texas, this matter was timely submitted for review to the Office of the Solicitor General. The Office of the Solicitor General advises undersigned counsel that it has not been able to conclude its review and determine whether to seek rehearing of the panel opinion in the interests of the State of Texas.

To avoid any question over whether the time to petition for rehearing began to run on August 30 or August 31, Appellees respectfully request an extension of time of 14 days from the original opinion. Appellees respectfully request that they be granted any petition for rehearing of the panel opinion in this matter on or before September 27, 2023.

Respectfully submitted,

**ANGELA COLMENERO**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for
Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General
Texas State Bar No. 24065628
christopher.lindsey@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2157 / Fax (512) 370-9314

## CERTIFICATE OF SERVICE

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and forgoing, has been served with the Electronic Case Files system on all counsel of record on September 13, 2023.

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General of Texas, do hereby certify that I have conferred with counsel for Appellant, and Appellant is UNOPPOSED to the relief requested.

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General

## CERTIFICATE OF COMPLIANCE

**1.** This document complaints with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B) and the Fifth Circuit Rule 32 where it contains 178 words, excluding the parts of the motion exempted by Rule 32(f); and

**2.** This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in proportionally spaced typeface using 14-point Equity Text A for text.

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General