No. 22-50634

# In the United States Court of Appeals for the Fifth Circuit

LANA CALHOUN
*Plaintiff - Appellant*

v.

BRYAN COLLIER; JENNIFER COSBY, AND HER SUCCESSOR IN INTEREST; KAREN STROLENY,
*Defendants - Appellees*

On Appeal from the United States District Court
for the Western District of Texas, Waco Division, Cause No. 6:20-cv-00380

## APPELLEES' ADVISORY REGARDING A PETITION FOR REHEARING

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Chief, Law Enforcement Defense Division

**CHRISTOPHER LEE LINDSEY***
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, TX 78711
(512) 463-2157 / Fax (512) 370-9314

*LEAD COUNSEL FOR APPELLEES

Appellees hereby advise the Court that they will not seek rehearing of the panel opinion in this matter.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for
Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General
Texas State Bar No. 24065628
christopher.lindsey@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2157 / Fax (512) 370-9314

## CERTIFICATE OF SERVICE

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and forgoing, has been served with the Electronic Case Files system on all counsel of record on September 27, 2023.

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General

## CERTIFICATE OF COMPLIANCE

**1.** This document complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B) and the Fifth Circuit Rule 32 where it contains 18 words, excluding the parts of the motion exempted by Rule 32(f); and

**2.** This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in proportionally spaced typeface using 14-point Equity Text A for text.

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General